**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 07-20914-Civ-Lenard/Torres

LUIS DIAZ-MARTINEZ,

    Plaintiff,

vs.

MIAMI-DADE COUNTY, a Florida
Municipal Corporation, et al.,

    Defendants.

_____/

## DISCOVERY ORDER

This matter is before the Court following a discovery hearing in this matter on May 11, 2007. This Order memorializes the Court's rulings at the hearing.

Accordingly, it is hereby **ORDERED**:

1. Defendant Miami-Dade County shall provide to Linda Welsch at the U.S. Marshal's office with the service addresses of all the named law enforcement officers who are defendants in this lawsuit by May 31, 2007.

2. Plaintiff shall provide to Linda Welsch at the U.S. Marshal's office with the summons and complaint to be served on the law enforcement officers, together with the appropriate Marshal's fee.

3. The U.S. Marshal's office shall personally serve the summons and complaint on all the named law enforcement officer defendants and file the return of service under

seal.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of May 2007.

/s Edwin G. Torres
EDWIN G. TORRES
United States Magistrate Judge

Copies provided to:
Honorable Joan A. Lenard
All counsel of record
Linda Welsch, U.S. Marshal's Office